UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*Plaintiff*

versus                              CIVIL ACTION NO. 08-275-RET-DLD

KIM CARTER

*Defendant*

## JUDGMENT

The Court having previously entered its order and reasons granting the United States' Motion for Summary Judgment,

IT IS HEREBY ORDERED that there be judgment herein in favor of the United States of America and against Defendant, Kim Carter, in the sum of SIX THOUSAND AND NO/100 DOLLARS ($6,000), together with (i) a civil monetary penalty of $ 5,000 *, (ii) interest from date of judgment until paid at the legal rate provided by 28 U.S.C. § 1961, and (iii) allowable costs.

IT IS HEREBY FURTHER ORDERED that the United States shall cross credit against this judgment any and all future payments made by Defendant Kim Carter against the restitutionary debt imposed in Criminal Action No. 07-81-RET-DLD.

Baton Rouge, Louisiana, this 28th day of August, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT